IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALJESS LLC and HEADQUARTERS PUB LLC, <br><br> Plaintiffs, <br><br> v. <br><br> TUN TAVERN LEGACY FOUNDATION INC., <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : CIVIL ACTION <br> : NO. 24-2388 <br> : <br> : <br> : <br> : |

## ORDER

AND NOW, this **4th** day of **December, 2024**, upon consideration of the parties' filings (ECF No. 13, 15, 16, 18, 21, 27, 28, 29, 30, 34) and oral arguments on November 6 and 7, 2024 (ECF No. 31, 32), it is hereby **ORDERED** as follows:

1. Plaintiffs' Motion for Preliminary Injunction (ECF No. 13) is **DENIED**.

2. Plaintiffs' Motion to Supplement the Record (ECF No. 29) is **GRANTED**.

3. Defendant's Motion for Leave to Supplement the Record (ECF No. 30) is **GRANTED**.

BY THE COURT:

_____
HON. KAI N. SCOTT
**United States District Court Judge**